# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-0973
_____

GODWIN CHIEDOZIE DIKE,

Appellant,

v.

EBONY CHINONYERE DIKE,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

September 11, 2020

PER CURIAM.

The Court notes Appellant's response filed July 6, 2020. This appeal is dismissed for lack of jurisdiction.

MAKAR, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Godwin Chiedozie Dike, pro se, Appellant.

Aaron B. Wentz and Kelly A. Simon of Aaron B Wentz, PA, Fort Walton Beach, for Appellee.